# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 19-46915 | |
| **Case Name:** | KOLLEY, JOSEPH LOUIS | |
| **For the Period Ending:** | 03/31/2022 | |

| | |
|---|---|
| **Trustee Name:** | Mark H. Shapiro |
| **Date Filed (f) or Converted (c):** | 05/06/2019 (f) |
| **§341(a) Meeting Date:** | 06/13/2019 |
| **Claims Bar Date:** | 02/18/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 677 Middlesex Road Grosse Pointe Park MI 48230-0000 | $450,000.00 | $0.00 | | $0.00 | FA |
| 2 | Household goods | $500.00 | $0.00 | | $0.00 | FA |
| 3 | 2 cell phones | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Fishing supplies | $50.00 | $0.00 | | $0.00 | FA |
| 5 | Debtor's clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Cash | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Checking Flagstar | $1,000.00 | $0.00 | | $0.00 | FA |
| 8 | Flagstar - joint w/ ex-wife and daughter - for 17.2. Checking daughter's SSD check | $0.00 | | | $0.00 | FA |
| 9 | Name of entity: % of ownership: Joswil Wholesale, Inc. - assets do not exceed liabilities 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Joswil, Inc. - Debtor operated from 1998-2004, at which time business turned over to William Kolley. Debtor has not since been involved with the business and does not believe it to have any value. Listed for notice and disclosure purposes only. % | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Joswil #2, Inc. - Debtor assisted with acquisition of business in 2008, at which time business turned over to William Kolley. Debtor has not since been involved with the business and does not believe it to have any value. Listed for notice and disclosure purposes only. % | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Joswil #3, Inc. - Closed June 2013 Listed for notice and disclosure purposes only. % | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Joswil #4, Inc. - Closed June 2013 Listed for notice and disclosure purposes only. % | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Joswil Auto Sales, Inc. - Closed Listed for notice and disclosure purposes only. % | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Joswil Properties, LLC - Closed Listed for notice and disclosure purposes only. % | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Joswil Car Sales, Inc. - never operated % | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Joswil Enterprises, LLC - no current activity % | $0.00 | $0.00 | | $0.00 | FA |
| 18 | 2018 and 2019 - no refunds expected (Debtor typically owes) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | Portion of Purchase Price - sale of Joswil #5 Inc.  **(u)** | $10,000.00 | $10,000.00 | | $18,562.50 | $6,437.50 |
| | **SUBTOTALS** | | | | $0.00 | $0.00 |

19-46915-lsg   Doc 88   Filed 04/22/22   Entered 04/22/22 10:29:37   Page 1 of 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No.: | 19-46915 |
| Case Name: | KOLLEY, JOSEPH LOUIS |
| For the Period Ending: | 03/31/2022 |

| | |
|---|---|
| Trustee Name: | Mark H. Shapiro |
| Date Filed (f) or Converted (c): | 05/06/2019 (f) |
| §341(a) Meeting Date: | 06/13/2019 |
| Claims Bar Date: | 02/18/2020 |

| | 1 Asset Description (Scheduled and Unscheduled (u) Property) | 2 Petition/ Unscheduled Value | 3 Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA =§ 554(a) abandon. | 5 Sales/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| **Asset Notes:** | Order Compelling Turnover and Accounting per court order entered 12/6/19 [docket no. 60] | | | | | |
| 20 | Compromise against Discover (u) (fraudulent conveyance) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| **Asset Notes:** | Order Approving Compromise entered 7/29/20 [docket no. 68] Motion for Order Approving Compromise filed 6/26/20 [docket no. 66] | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| $466,750.00 | $14,000.00 | | $22,562.50 | $6,437.50 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

| 03/15/2021 | Continued collection of Nine and Vandyke payments |
| 03/01/2020 | Continued collection of payments |
| 12/19/2019 | Order Compelling Turnover and Accounting - collection of payments |
| 08/19/2019 | Nonexempt equity |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2021 | /s/ MARK H. SHAPIRO |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2022 | MARK H. SHAPIRO |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | <u>19-46915</u> |
| Case Name: | KOLLEY, JOSEPH LOUIS |
| Primary Taxpayer ID #: | **-***6731 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | <u>04/01/2021</u> |
| For Period Ending: | <u>03/31/2022</u> |

| | |
|---|---|
| Trustee Name: | <u>Mark H. Shapiro</u> |
| Bank Name: | <u>Independent Bank</u> |
| Checking Acct #: | <u>******6915</u> |
| Account Title: | <u>Checking Account</u> |
| Blanket bond (per case limit): | <u>$2,000,000.00</u> |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/18/2019 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $687.50 |
| 12/18/2019 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $1,375.00 |
| 01/21/2020 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $2,062.50 |
| 02/20/2020 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $2,750.00 |
| 03/26/2020 | (19) | Nine & Van Dyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $3,437.50 |
| 06/05/2020 | (19) | Nine and Van Dyke Stop, Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $4,125.00 |
| 07/06/2020 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $4,812.50 |
| 07/16/2020 | (20) | Discover Financial Services | Payment for Order Approving Compromise entered 7/29/20 [docket no. 68] | 1241-000 | $4,000.00 | | $8,812.50 |
| 08/07/2020 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $9,500.00 |
| 08/11/2020 | | Transfer To: #*******6915 | Escrowed funds | 9999-000 | | $5,500.00 | $4,000.00 |
| 08/14/2020 | | Transfer From: #*******6915 | Transfer funds back to main account - payments are property of the estate | 9999-000 | $5,500.00 | | $9,500.00 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $12.85 | $9,487.15 |
| 09/08/2020 | (19) | Nine and VanDyke Stop, Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $10,174.65 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $14.59 | $10,160.06 |
| 10/09/2020 | (19) | Nine and VanDyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $10,847.56 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $15.54 | $10,832.02 |
| 11/05/2020 | (19) | Nine and VanDyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $11,519.52 |
| 11/24/2020 | 3001 | Insurance Partners | Bond payment | 2300-000 | | $11.80 | $11,507.72 |
| 11/24/2020 | 3001 | VOID: Insurance Partners | Void check no. 3001 | 2300-003 | | ($11.80) | $11,519.52 |
| 11/24/2020 | 3002 | Insurance Partners | Bond payment | 2300-000 | | $11.91 | $11,507.61 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $16.69 | $11,490.92 |
| 12/14/2020 | (19) | Nine and Vandyke Stop, Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $12,178.42 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $17.29 | $12,161.13 |
| 01/12/2021 | (19) | Nine and Van Dyke Stop, Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $12,848.63 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $18.30 | $12,830.33 |
| 02/09/2021 | (19) | Nine and Van Dyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $13,517.83 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $19.35 | $13,498.48 |

| | | SUBTOTALS | | | $19,125.00 | $5,626.52 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-46915 | |
| Case Name: | KOLLEY, JOSEPH LOUIS | |
| Primary Taxpayer ID #: | **-***6731 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2021 | |
| For Period Ending: | 03/31/2022 | |

| | | |
|---|---|---|
| Trustee Name: | Mark H. Shapiro |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******6915 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/08/2021 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $14,185.98 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $20.45 | $14,165.53 |
| 04/12/2021 | (19) | Nine and Van Dyke Stop, Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $14,853.03 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $21.24 | $14,831.79 |
| 05/07/2021 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $15,519.29 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $22.47 | $15,496.82 |
| 06/09/2021 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $16,184.32 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $23.32 | $16,161.00 |
| 07/13/2021 | (19) | NINE AND VANDYKE STOP INC | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $16,848.50 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.15 | $16,824.35 |
| 08/04/2021 | (19) | NINE AND VANDYKE STOP INC | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $17,511.85 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $25.46 | $17,486.39 |
| 09/09/2021 | (19) | NINE AND VANDYKE STOP INC | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $18,173.89 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $26.22 | $18,147.67 |
| 10/06/2021 | (19) | Nine & Van Dyke Stop, Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $18,835.17 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $27.25 | $18,807.92 |
| 11/09/2021 | (19) | NINE AND VANDYKE STOP INC. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $19,495.42 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $28.15 | $19,467.27 |
| 12/10/2021 | (19) | Nine and Vandyke Stop Inc. | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $20,154.77 |
| 12/13/2021 | 3003 | Insurance Partners | Blanket Bond | 2300-000 | | $11.77 | $20,143.00 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $29.08 | $20,113.92 |
| 01/11/2022 | (19) | NINE AND VANDYKE STOP INC | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $20,801.42 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.00 | $20,771.42 |
| 02/09/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $20,771.42 | $0.00 |

| | | |
|---|---|---|
| SUBTOTALS | $7,562.50 | $21,060.98 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | <u>19-46915</u> |
| Case Name: | <u>KOLLEY, JOSEPH LOUIS</u> |
| Primary Taxpayer ID #: | **-***6731 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | <u>04/01/2021</u> |
| For Period Ending: | <u>03/31/2022</u> |

| | |
|---|---|
| Trustee Name: | <u>Mark H. Shapiro</u> |
| Bank Name: | <u>Independent Bank</u> |
| Checking Acct #: | <u>******6915</u> |
| Account Title: | <u>Checking Account</u> |
| Blanket bond (per case limit): | <u>$2,000,000.00</u> |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $26,687.50 | $26,687.50 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,500.00 | $26,271.42 | |
| | | | **Subtotal** | | $21,187.50 | $416.08 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $21,187.50 | $416.08 | |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $6,875.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,875.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $269.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $269.11 |
| Total Internal/Transfer Disbursements: | $20,771.42 |

**For the entire history of the account between 11/18/2019 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $21,187.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $21,187.50 |
| Total Internal/Transfer Receipts: | $5,500.00 |
| | |
| Total Compensable Disbursements: | $416.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $416.08 |
| Total Internal/Transfer Disbursements: | $26,271.42 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | <u>19-46915</u> | |
| Case Name: | KOLLEY, JOSEPH LOUIS | |
| Primary Taxpayer ID #: | **-***6731 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | <u>04/01/2021</u> | |
| For Period Ending: | <u>03/31/2022</u> | |

| | |
|---|---|
| Trustee Name: | <u>Mark H. Shapiro</u> |
| Bank Name: | <u>Independent Bank</u> |
| Checking Acct #: | ******6915 |
| Account Title: | <u>Escrow Account</u> |
| Blanket bond (per case limit): | <u>$2,000,000.00</u> |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/11/2020 | | Transfer From: #*******6915 | Escrowed funds | 9999-000 | $5,500.00 | | $5,500.00 |
| 08/14/2020 | | Transfer To: #*******6915 | Transfer funds back to main account - payments are property of the estate | 9999-000 | | $5,500.00 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $5,500.00 | $5,500.00 | $0.00 |
| **Less: Bank transfers/CDs** | $5,500.00 | $5,500.00 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

| For the period of 04/01/2021 to 03/31/2022 | | For the entire history of the account between 08/11/2020 to 3/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $5,500.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $5,500.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | <u>19-46915</u> | |
| Case Name: | KOLLEY, JOSEPH LOUIS | |
| Primary Taxpayer ID #: | **-***6731 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | <u>04/01/2021</u> | |
| For Period Ending: | <u>03/31/2022</u> | |

| | |
|---|---|
| Trustee Name: | <u>Mark H. Shapiro</u> |
| Bank Name: | <u>Pinnacle Bank</u> |
| Checking Acct #: | <u>******0008</u> |
| Account Title: | <u>DDA</u> |
| Blanket bond (per case limit): | <u>$2,000,000.00</u> |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/09/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $20,771.42 | | $20,771.42 |
| 02/14/2022 | (19) | NINE AND VANDYKE STOP INC | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $21,458.92 |
| 03/10/2022 | (19) | NINE AND VANDYKE STOP INC | Payment per court order entered 12/7/19 [docket no. 60] | 1229-000 | $687.50 | | $22,146.42 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $32.62 | $22,113.80 |

| | | | |
|---|---|---|---|
| TOTALS: | $22,146.42 | $32.62 | $22,113.80 |
| Less: Bank transfers/CDs | $20,771.42 | $0.00 | |
| Subtotal | $1,375.00 | $32.62 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,375.00 | $32.62 | |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,375.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,375.00 |
| Total Internal/Transfer Receipts: | $20,771.42 |
| | |
| Total Compensable Disbursements: | $32.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/09/2022 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $1,375.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,375.00 |
| Total Internal/Transfer Receipts: | $20,771.42 |
| | |
| Total Compensable Disbursements: | $32.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-46915 | |
| Case Name: | KOLLEY, JOSEPH LOUIS | |
| Primary Taxpayer ID #: | **-***6731 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2021 | |
| For Period Ending: | 03/31/2022 | |

| | |
|---|---|
| Trustee Name: | Mark H. Shapiro |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0008 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $22,562.50 | $448.70 | $22,113.80 |

**For the period of 04/01/2021 to 03/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $8,250.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,250.00 |
| Total Internal/Transfer Receipts: | $20,771.42 |
| | |
| Total Compensable Disbursements: | $301.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $301.73 |
| Total Internal/Transfer Disbursements: | $20,771.42 |

**For the entire history of the account between 02/09/2022 to 3/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $22,562.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,562.50 |
| Total Internal/Transfer Receipts: | $31,771.42 |
| | |
| Total Compensable Disbursements: | $448.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $448.70 |
| Total Internal/Transfer Disbursements: | $31,771.42 |

/s/ MARK H. SHAPIRO

MARK H. SHAPIRO